1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ARMAND D. ROTH
4  Special Assistant United States Attorney
   California Bar No. 214624
5
        333 Market Street, Suite 1500
6       San Francisco, California 94105
        Telephone: (415) 977-8924
7       Facsimile: (415) 744-0134
        E-Mail:Armand.Roth@ssa.gov
8
9  Attorneys for Defendant Commissioner of Social Security

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12                         **SACRAMENTO DIVISION**

13

14  JONATHAN LUCKETT,                    )
                                         )   CIVIL NO. 09-cv-00037-KJN
15       Plaintiff,                      )
                                         )
16       v.                              )   STIPULATION AND ORDER EXTENDING
                                         )   TIME FOR DEFENDANT TO FILE BRIEF
17  MICHAEL J. ASTRUE,                   )
                                         )
18  Commissioner of Social Security,     )
                                         )
19       Defendant.                      )
                                         )
20  _____)

1   IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the
2 approval of the Court, that Defendant shall have a 30-day extension of time, up to April 9, 2010,
3 to file the responsive brief. This is Defendant's first request. This extension is requested because
4 Defendant's counsel needs additional time due to an unusually heavy workload.

Respectfully submitted,

/s/ Bess M. Brewer  *
BESS M. BREWER
Plaintiff's Attorney
* by Armand Roth by email authorization of 3/5/10

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

Dated: March 5, 2010             /s/ Armand D. Roth
                                 ARMAND D. ROTH)
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant


PURSUANT TO THE STIPULATION, IT IS SO ORDERED


DATED:  March 8, 2010            /s/ Kendall J. Newman
                                 KENDALL J. NEWMAN
                                 UNITED STATES MAGISTRATE JUDGE