```
BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No.  214624

        333 Market Street, Suite 1500
        San Francisco, California 94105
        Telephone:  (415) 977-8924
        Facsimile:  (415) 744-0134
        E-Mail:Armand.Roth@ssa.gov
```

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| JONATHAN LUCKETT,           )<br>                              )<br>        Plaintiff,             )<br>                              )<br>        v.                    )<br>                              )<br>MICHAEL J. ASTRUE,            )<br>Commissioner of              )<br>Social Security,             )<br>                              )<br>        Defendant.            )<br>_____) | CIVIL NO. 09-cv-00037-KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

  IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SIX THOUSAND NINE HUNDRED SEVENTY-FIVE DOLLARS ($6,975). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

  After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant to *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the

Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees and expenses to be made directly to Bess Brewer, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: January 11, 2011
/s/ Bess Brewer
BESS BREWER
*(As authorized via email)*

Attorney for Plaintiff

Dated: January 11, 2011
BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
*/s/*Armand Roth
ARMAND ROTH
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the stipulation filed by the parties, IT IS HEREBY ORDERED that plaintiff's counsel, as assignee, shall be awarded attorney fees in the amount of SIX THOUSAND NINE HUNDRED SEVENTY-FIVE DOLLARS ($6,975), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced stipulation.

IT IS SO ORDERED.

DATED: January 11, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE